[No. 6041–1–III. Division Three. June 6, 1985.]

*In the Matter of the Marriage of* GORDON L.
JAYNES, *Respondent, and* ELIZABETH G.
JAYNES, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 73908, James B. Mitchell, J., entered
June 20, 1983. *Affirmed in part* and *remanded* by unpub-

lished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.